JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

GURPREET SINGH,

               Petitioner,

      v.

JAMES JANECKA ET AL.,

               Respondents.

) Case No. 5:26-cv-01466-AYP
)
)
) **JUDGMENT**
)
)
)
)
)
)
)
)

IT IS ADJUDGED that the petition for writ of habeas corpus is GRANTED.

Dated: May 8, 2026

_____
HON. ANNA Y. PARK
UNITED STATES MAGISTRATE JUDGE